## V.

Defendant complains of various other errors. No purpose would be served by a discussion thereof as we have examined all of them and find no error.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN —7.

*For reversal*—None.

ELIZABETH WYMOND CLARK, INDIVIDUALLY AND AS SURVIVING TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 6, 1935, PLAINTIFF-RESPONDENT, v. ELIZABETH McCLASKEY JUDGE, INDIVIDUALLY AND AS TRUSTEE OF THE WYMOND TRUST, DEFENDANT-APPELLANT, AND ANNETTE M. JUDGE, INDIVIDUALLY AND AS EXECUTRIX OF THE LAST WILL AND TESTAMENT OF GILBERT W. JUDGE, DECEASED, DEFENDANT-APPELLANT, AND LOUIS H. H. JUDGE AND AUGUSTA G. C. JUDGE, DEFENDANTS-RESPONDENTS.

Argued May 3 and 4, 1965—Decided May 24, 1965.

*Mr. Marshall Crowley* argued the cause for appellant Annette M. Judge (*Messrs. Toner, Crowley, Woelper & Vanderbilt,* attorneys; *Mr. Roger M. Nelson,* of counsel).

*Mr. James C. McKay* of the District of Columbia Bar argued the cause for appellant Elizabeth M. Judge (*Messrs. Kaufman, Kaufman & Kaufman,* attorneys; *Mr. Andrew L.*

*Kaufman, Mr. Frederick L. Kirgis, Jr.* and *Messrs. Covington & Burling* of the District of Columbia Bar, of counsel).

*Mr. Everett M. Scherer* argued the cause for plaintiff-respondent (*Messrs. Riker, Danzig, Scherer & Brown,* attorneys; *Mr. Morton R. Covitz, Mr. Eli Whitney Debevoise* of the New York Bar and *Mr. Earle J. Starkey* of the New York Bar, of counsel).

*Mr. Bernard M. Shanley* argued the cause for defendants-respondents (*Mr. F. Earl Walter, Jr.* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Pashman in the Superior Court.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, PROCTOR, HALL, SCHETTINO and HANEMAN—6.

*For reversal*—None.